

**United States Department of Justice**
*United States Attorney*
*District of New Jersey*
*Civil Division*
970 Broad Street, Suite 700     general number: (973) 645-2700

*Newark, New Jersey 07102*     telephone: 973-645-2736
fax: 973-297-2010
e-mail: Leah.Bynon@usdoj.gov

**BY ECF**

July 6, 2009

The Honorable Jose L. Linares
United States District Judge
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07102

    Re:    United State of America v. Joseph Nardone, Sr.
             Civil Action No. 03-327 (JLL)

Your Honor:

    I am an Assistant United States Attorney in the Financial Litigation Unit (FLU), whose responsibilities include the collection of fines and restitution. On or about June 22, 2009, our office was served with the letter motion of defendant Joseph Nardone, Sr., seeking to modify his restitution Order. The United States plans to respond and object, and our response is now due. I write to request a two-week extension, until July 20, 2009, to respond to the motion. Defendant's attorney, Mr. Michael Sullivan, consents to this request.

    I thank the Court for its consideration of this request.

                                  Respectfully submitted,

                                  RALPH J. MARRA, JR.
                                  Acting United States Attorney

                                *S/ Leah A. Bynon*
                      By:    LEAH A. BYNON
                                Assistant United States Attorney

cc:    Mr. Michael Sullivan, Esq.
        Attorney for Joseph Nardone, Sr.

**SO ORDERED:** [signature]
**DATED:** 7-7-09