

**United States Department of Justice**
*United States Attorney*
*District of New Jersey*
*Civil Division*
970 Broad Street, Suite 700                general number: (973) 645-2700

Newark, New Jersey 07102                telephone: 973-645-2736
                                                                                fax: 973-297-2010
                                                          e-mail: Leah.Bynon@usdoj.gov

**BY ECF**

July 21, 2009

The Honorable Jose L. Linares
United States District Judge
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07102

   Re: United State of America v. Joseph Nardone, Sr.
      <u>Civil Action No. 03-327 (JLL)</u>

Your Honor:

  I am an Assistant United States Attorney in the Financial Litigation Unit (FLU), whose responsibilities include the collection of fines and restitution. On or about June 22, 2009, our office was served with the letter motion of defendant Joseph Nardone, Sr., seeking to modify his restitution Order. Defendant's previously requested a two week extension of time to respond to the Nardone letter motion. I write to respectfully request an additional 5 day extension of time until Friday, July 24, 2009. I make this request because multiple depositions in another matter were re-scheduled throughout this past two weeks and the current week, leaving me little in-office time to complete my response. A short extension of time will allow me to complete a comprehensive reply to Mr. Nardone's motion. I contacted Mr. Nardone's attorney to obtain consent for this request, however he is out of office on a mediation today. I will follow up with Mr. Nardone's attorney tomorrow.

  In light of the above, I respectfully request a five day extension until July 24th to submit the response and objection to Mr. Nardone's letter motion. I sincerely apologize for an inconvenience herein.

            Respectfully submitted,
            RALPH J. MARRA, JR.
            Acting United States Attorney

            S/ Leah A. Bynon
       By: LEAH A. BYNON
            Assistant United States Attorney

cc: Mr. Michael Sullivan, Esq.
   Attorney for Joseph Nardone, Sr.

SO ORDERED:
DATED: 7/22/09